# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Defendant, Pfizer Inc. and Pharmacia Corporation

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, Individually and on behalf of all others similarly situated <br><br> Plaintiffs, <br> v. <br><br> PFIZER, INC. and PHARMACIA CORP., <br><br> Defendants. | CIVIL ACTION No. _____ <br><br> Electronically Filed <br><br> **DECLARATION OF SERVICE** |

Pursuant to 28 U.S.C. §1746, Beth C. Harper declares:

1. I am employed by the law firm of Norris, McLaughlin & Marcus, P.A. As such, I have personal knowledge of the following facts.

2. This declaration concerns the Notice of Removal, Civil Case Information Statement, *F.R.C.P.* 7.1 Statement, Notice to the Clerk of the Superior Court of the Filing of Notice of Removal, and this Declaration of Service.

3. On this date, I am causing to have all of the papers mentioned in paragraph 2 served by messenger service and U.S. mail, on counsel for plaintiffs at the address below:

Michael A. Ferrara, Jr., Esq.
THE FERRARA LAW FIRM, L.L.C.
601 Longwood Avenue
Cherry Hill, NJ 08002-2864

4. On this date, I am causing to have all of the papers mentioned in paragraph 2 served by facsimile and U.S. mail, on the following attorneys for plaintiff:

Robert T. Dassow, Esq.
HOVDE DASSOW & DEETS, LLC
10585 N. Meridian Street, Suite 205
Indianapolis, IN 46290
Telephone: 317-818-3100
Facsimile: 317-818-3111

C. David Ewing, Esq.
EWING, MCMILLIN & WILLIS, PLLC
1100 Republic Building
429 West Muhammad Ali Boulevard
Louisville, KY 40202
Telephone: (502)-585-5800
Facsimile: (502)-585-5858

Gary F. Franke, Esq.
GARY F. FRANKE CO., PA
120 East Fourth Street, Suite 1040
Cincinnati, OH 45202
Telephone: 513-564-9222
Facsimile: 513-564-9990

5. On this date, I am causing to have all of the papers mentioned in

paragraph 2 served by messenger and U. S. Postal Service, Regular Mail, on the Attorney General for the State of New Jersey at Hughes Justice Complex, 25 West Market Street, P.O. Box 080, Trenton, New Jersey 08625-0080.

6. On this date, I am causing to have filed by messenger service, the Notice to the Clerk of the Superior Court of the Filing of Notice of Removal with the Clerk of the Superior Court of New Jersey, Atlantic County, Civil Courthouse, 1201 Bacharach Boulevard, Atlantic City, New Jersey 08401.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2007

Bridgewater, New Jersey

*Beth C. Harper*
Beth C. Harper