# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Defendants, Pfizer Inc. and Pharmacia Corporation

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, Individually and on behalf of all others similarly situated | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION No. _____ |
| v. | : Electronically Filed |
| PFIZER, INC. and PHARMACIA CORP., | : **F.R.C.P. 7.1 STATEMENT** |
| Defendants. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants, Pharmacia Corporation and Pfizer Inc., hereby states that Pharmacia Corporation is a wholly-owned subsidiary of the publicly traded Pfizer Inc., which has no publicly traded shareholder with 10 per cent or more of its shares.

                                           NORRIS, McLAUGHLIN & MARCUS, P.A.
                                           Attorneys for Defendants, Pfizer Inc. and
                                           Pharmacia Corporation

                                           By: _____

Dated: May 4, 2007                             Steven A. Karg (SK5003)