NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Defendants, Pfizer Inc. and Pharmacia Corporation

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br>PFIZER, INC. and PHARMACIA CORP.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br>DOCKET NO.:ATL-L-1120-07MT<br><br>CIVIL ACTION<br><br>Case Code Number: 272<br><br>BEXTRA/CELEBREX LITIGATION<br><br>**NOTICE TO CLERK OF SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL** |

TO: Clerk, Superior Court of New Jersey
   Civil Courthouse
   1201 Bacharach Boulevard
   Atlantic City, New Jersey 08401

PLEASE TAKE NOTICE that attached hereto is a copy of the Notice of Removal that has been filed with the Clerk of the United States District Court for the District of New Jersey. Pursuant to 28 U.S.C. §1446(d), the Superior

Court of New Jersey shall proceed no further unless and until the case is remanded.

                        Respectfully submitted,

                        NORRIS McLAUGHLIN & MARCUS, P.A.
                        Attorneys for Defendants, Pfizer Inc. and
                        Pharmacia Corporation

Dated: May 4, 2007       By: _____
                                  Steven A. Karg
                                  A Member of the Firm

## CERTIFICATION OF SERVICE

I hereby certify that on this date I am causing to be served by messenger and U.S. mail a true and correct copy of the foregoing Notice to Clerk of Superior Court of Filing of Notice of Removal upon the following attorney for plaintiffs:

> Michael A. Ferrara, Jr., Esq.
> THE FERRARA LAW FIRM, L.L.C.
> 601 Longwood Avenue
> Cherry Hill, NJ 08002-2864

Additionally, I hereby certify that on this date I am causing to be served by facsimile and U.S. mail a true and correct copy of the foregoing Notice to the Clerk of Superior Court of Filing of Notice of Removal upon the following attorneys for plaintiffs:

Robert T. Dassow, Esq.
HOVDE DASSOW & DEETS, LLC
10585 N. Meridian Street, Suite 205
Indianapolis, IN 46290
Telephone: 317-818-3100
Facsimile: 317-818-3111

C. David Ewing, Esq.
EWING, MCMILLIN & WILLIS, PLLC
1100 Republic Building
429 West Muhammad Ali Boulevard
Louisville, KY 40202
Telephone: (502)-585-5800
Facsimile: (502)-585-5858

Gary F. Franke, Esq.
GARY F. FRANKE CO., PA
120 East Fourth Street, Suite 1040
Cincinnati, OH 45202
Telephone: 513-564-9222
Facsimile: 513-564-9990

Additionally, I hereby certify that on this date I am causing to be served by messenger and U.S. mail a true and correct copy of the foregoing Notice to the Clerk of Superior Court of Filing of Notice of Removal upon the Attorney General of the State of New Jersey at the following address:

Office of the Attorney General
Hughes Justice Complex
25 West Market Street
P.O. Box 080
Trenton, NJ 08625-0080

*Beth Harper* (signature)

Beth Harper

Date: May 4, 2007