# NORRIS McLAUGHLIN & MARCUS, PA
## ATTORNEYS AT LAW

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755
WWW.NMMLAW.COM

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

NEW YORK OFFICE
875 THIRD AVENUE
18th FLOOR
NEW YORK, NY 10022

MERITAS LAW FIRMS WORLDWIDE

May 4, 2007

<u>Via Messenger Service and U.S. Mail</u>

Michael A. Ferrara, Jr., Esq.
THE FERRARA LAW FIRM, L.L.C.
601 Longwood Avenue
Cherry Hill, NJ 08002-2864

Re: CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS HEALTH AND WELFARE FUND, Individually and on behalf of all others similarly situated v. Pfizer Inc. et al.
Docket No. L-ATL-L-1120-07MT
Case Code Number: 272
BEXTRA/CELEBREX LITIGATION

Dear Mr. Ferrara:

This firm represents Pfizer Inc. and Pharmacia Corporation in the above matter. Enclosed for service on you are copies of the following documents:

1. Notice to the Clerk of the Superior Court of New Jersey, Atlantic County of the Filing of Notice of Removal;

2. Civil Cover Sheet;

3. Notice of Removal to the United States District Court for the District of New Jersey from the Superior Court of New Jersey;

4. *F.R.C.P.* 7.1 Statement; and

5. Declaration of Service.

Very truly yours,

NORRIS, McLAUGHLIN & MARCUS, PA

STEVEN A. KARG

Norris McLaughlin & Marcus, PA
May 4, 2007
Page 2

Sak:bch
Enclosures
cc: Robert T. Dassow, Esq. (via Facsimile and U.S. Mail)
    C. David Ewing, Esq. (via Facsimile and U.S. Mail)
    Gary F. Franke, Esq. (via Facsimile and U.S. Mail)
    Office of the Attorney General of New Jersey (w/encs.)(via messenger and regular mail)